UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | Case No. 1:18CV00231 SNLJ |

**CASE MANAGEMENT ORDER**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Rule 16 Conference held on **February 27, 2019**,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

The parties agree that this ERISA case can be submitted on the briefs and the administrative record and that a detailed case management order is unnecessary.

Cross motions for summary judgment must be filed no later than **August 12, 2019**. Opposition briefs shall be filed no later than **September 9, 2019** and any reply brief may be filed no later than **September 23, 2019**.

Dated this 27th day of February, 2019.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE