## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEVEN TURNER, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 1:18-cv-00231 |
| | ) |
| LIBERTY LIFE ASSURANCE | ) |
| COMPANY OF BOSTON | ) |
| | ) |
|        Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Steven Turner and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,


*/s/ David Hicks* (w/permission)
David Hicks, Bar # 114177
David M. Hicks, P.C.
7720 Stonebridge Golf Drive
Maryville, IL  62062
PH:  (618) 343-0901
FX:  (618) 301-3360
Email:  davidmhickspc@hushmail.com

Attorney for Plaintiff


- and -

*/s/ Iwana Rademaekers*

Iwana Rademaekers, Texas Bar # 16452560
(*Admitted Pro Hac Vice*)
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

Attorney For Defendant